UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Lionell Image Jr.__

(In the space above enter the full name(s) of the plaintiff(s).)

**16CV3047**

v.

Defendant No. 1  __Commissioner, NYPD__
Defendant No. 2  __Detective Lisa McCalla Badge # 7346__
Defendant No. 3  __UC # 228 NYPD__
Defendant No. 4  __Sgt Joseph Taylor__
Defendant No. 5  ____

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983

Jury Trial: Yes ✓  No __
(check one)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. No addresses should be included here.)

I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name  __Lionel Limage Jr.__
ID #  __15A3838__
Current Institution  __Fishkill Corr. Fac.__
Address  __Box 1245__
__Beacon, NY 12508__

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

1

Defendant No. 1   Name _NYPD Commissioner_   Shield # _N/A_
                  Where Currently Employed _NYPD_
                  Address _1 Police Plaza_
                  _N.Y., NY_

Defendant No. 2   Name _Detective Lisa McCalla_   Shield # _7346_
                  Where Currently Employed _N.Y.P.D_
                  Address _Narcotics Borough Manhattan South_

Defendant No. 3   Name _UC # 228_   Shield # ____
                  Where Currently Employed _NYPD_
                  Address _Narcotics Borough Manhattan South_

Defendant No. 4   Name _Sgt. Joseph Taylor_   Shield # ____
                  Where Currently Employed _N.Y.P.D_
                  Address _Narcotics Borough Manhattan South_

Defendant No. 5   Name ____   Shield # ____
                  Where Currently Employed ____
                  Address ____

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur? _N/A_

B.  Where in the institution did the events giving rise to your claim(s) occur? _N/A_

C.  What date and approximate time did the events giving rise to your claim(s) occur? _April 30, 2013  6:45 PM (Approximately)_

2

D.  Facts:

*[What happened to you?]* On April 30, 2013 at about 4:00 PM - 5:00 PM I was approached by UC # 228 who told me that he wanted to purchase drugs. I informed him that I was in Recovery. He then tried to pressure me into selling or getting him some drugs. I possessed nor sold him anything but was arrested and charged with possessing

*[Who did what?]* and selling drugs by Detective Lisa McCalla Badge # 7346. 5 Months later the case was finally dismissed. They also gave me a co-defendant But I don't recall his name. My bail was set at $7,500.00 which I could not afford and my education

*[Was anyone else involved?]* was interrupted so was my Recovery. Sgt Joseph Taylor was the supervisor in charge, badge # is unknown. All the above N.Y.P.D Employees mentioned knew that I

*[Who else saw what happened?]* sold nor possessed drugs but still arrested and charged me

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Psycho-therapy for mental anguish, Depression, etc. I was enrolled as a full time College student and My education was interrupted, My G.P.A was affected and I am now in finincial debt.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____   No ✓

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _N/A_

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?
   Yes _N/A_ No _N/A_ Do Not Know _N/A_

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?
   Yes _N/A_ No _N/A_ Do Not Know _N/A_
If YES, which claim(s)? _N/A_

D. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose not cover some of your claim(s)?
   Yes _N/A_ No _N/A_ Do Not Know _N/A_
If YES, which claim(s)? _N/A_

E. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?
   Yes _N/A_ No _N/A_
If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?
   Yes _N/A_ No _N/A_

F. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _N/A_

   1. Which claim(s) in this complaint did you grieve? _N/A_

   2. What was the result, if any? _N/A_

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _N/A_

4

G. If you did not file a grievance, did you inform any officials of your claim(s)?
Yes N/A No N/A
1. If YES, whom did you inform and when did you inform them? N/A

2. If NO, why not? N/A

I. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. N/A

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:
State what you want the court to do for you. I would like to be compensated for what I went through and still going through due to this traumatic event. I would also like for all the Defendants to be disciplined.

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes ___ No ✓

5

B.  If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.  Parties to this previous lawsuit:
Plaintiff _____ N/A _____
Defendants _____ N/A _____
2.  Court (if federal court, name the district; if state court, name the county) __N/A__

3.  Docket or Index number _____ N/A _____
4.  Name of Judge assigned to your case _____ N/A _____
5.  Approximate date of filing lawsuit _____ N/A _____
6.  Is the case still pending?  Yes _N/A_  No _N/A_
If NO, give the approximate date of disposition _____ N/A _____
7.  What was the result of the case? (for example: Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____ N/A _____

On other claims

D.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes _____  No __✓__

E.  If your answer to D is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.  Parties to this previous lawsuit:
Plaintiff _____
Defendants _____
2.  Court (if federal court, name the district; if state court, name the county) _____

3.  Docket or Index number _____
4.  Name of Judge assigned to your case _____
5.  Approximate date of filing lawsuit: _____
6.  Is the case still pending?   Yes _____   No _____
If NO, give the approximate date of disposition _____
7.  What was the result of the case? (for example: Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____

6

Signed this 18th day of April, 2016. I declare under penalty of perjury that the foregoing is true and correct.

> Signature of Plaintiff   *Lionel Lemige Jr*
> Inmate Number   15 A 38 38
> Mailing address   Fishkill Corr. Fac.
>   Box 1245
>   Beacon, NY
>   12508

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 18th day of April, 2016, I will deliver this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

> Signature of Plaintiff:   *Lionel Lemige Jr*

rev. 09/04

7

Mr. Lionel Limage #15A1936
Fishkill Correctional Facility
Box 1245
Beacon, NY 12508



Pro Se Office
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Rm #230
New York, NY
10007

Legal Mail